KING, Circuit Judge,
concurring:
I write separately to reiterate my view that the Supreme Court’s decision in Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S.Ct. 2577, 177 L.Ed.2d 68 (2010), is retroactively applicable to cases on collateral review. See United States v. Powell, 691 F.3d 554, 560-66 (4th Cir.2012) (King, J., dissenting in part and concurring in the judgment in part). I also acknowledge and appreciate that the panel majority’s contrary ruling in Powell is the law of this Circuit. Nevertheless, as Judge Floyd so ably explains today, Powell did not answer the distinct question now before us, that is, whether this Court’s decision in United States v. Simmons, 649 F.3d 237 (4th Cir.2011) (en banc), has retroactive applicability. I unequivocally agree with my fine colleagues that it does.